Mario N. Alioto, Esq. (56433)
Lauren C. Russell, Esq. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 356-0679
malioto@tatp.com
laurenrussell@tatp.com

Sherman Kassof, Esq. (66383)
LAW OFFICES OF SHERMAN KASSOF
954 Risa Road, Suite B
Lafayette, CA 94549
Telephone: (510) 652-2554
Facsimile: (510) 652-9308

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN KAUFMAN; IREATHA DIANE MITCHELL; ROSEMARY SENGER; AND LEMUEL SCHENK, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        vs.<br><br>AIR NEW ZEALAND, LTD.; ALL NIPPON AIRWAYS CO. LTD.; CATHAY PACIFIC AIRWAYS; CHINA AIRLINES, LTD.; EVA AIRLINES CORP.; JAPAN AIRLINES CORP.; MALAYSIA AIRLINES; NORTHWEST AIRLINES CORP.; QANTAS AIRWAYS, LTD.;  SINGAPORE AIR, LTD.; THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.; and UNITED AIRLINES,<br><br>    Defendants. | Case No. 07-CV-06417 JL<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT ALL NIPPON AIRWAYS CO., LTD. TO RESPOND TO COMPLAINT**<br><br>The Honorable James Larson |

100139.1

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

**1**  WHEREAS the undersigned plaintiffs have filed the above-captioned case;

**2**  WHEREAS plaintiffs allege antitrust violations by defendant airlines in the sale of
**3**  passenger air transportation services containing transpacific flight segments;

**4**  WHEREAS multiple complaints have been filed to date in federal district courts
**5**  throughout the United States by plaintiffs purporting to bring class actions on behalf of
**6**  purchasers of passenger air transportation services containing transpacific flight segments
**7**  (collectively "the Transpacific Air Passenger cases");

**8**  WHEREAS, a motion is pending before the Judicial Panel on Multidistrict
**9**  Litigation to transfer the Transpacific Air Passenger cases to this jurisdiction for
**10** coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

**11** WHEREAS plaintiffs anticipate the possibility of filing a Consolidated Amended
**12** Complaint in the Transpacific Air Passenger cases;

**13** WHEREAS plaintiffs and All Nippon Airways Co., Ltd. have agreed that an orderly
**14** schedule for any response to the pleadings in the Transpacific Air Passenger cases would
**15** be more efficient for the parties and for the Court;

**16** PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFFS AND DEFENDANT ALL
**17** NIPPON AIRWAYS CO., LTD., BY AND THROUGH THEIR RESPECTIVE
**18** COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

**19** 1.  The deadline for All Nippon Airways Co., Ltd. to answer, move, or
**20** otherwise respond to plaintiffs' Complaint shall be extended until forty-five days after the
**21** filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or
**22** such other times as the parties may jointly agree to in writing.

**23** 2.  This Stipulation does not constitute a waiver by All Nippon Airways Co.,
**24** Ltd., of any defense, including but not limited to the defenses of lack of personal
**25** jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service
**26** of process.

**27**

**28** / / /

100139.1

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

1 | IT IS SO STIPULATED.

2

3 | DATED: January 24, 2008        By:        */s/ Mario N. Alioto*
4 |                                            Mario N. Alioto, Esq. (56433)
                                               Lauren C. Russell, Esq. (241151)
5 |                                            TRUMP, ALIOTO, TRUMP &
                                               PRESCOTT, LLP
6 |                                            2280 Union Street
                                               San Francisco, CA 94123
7 |                                            Telephone: (415) 563-7200
                                               Facsimile: (415) 356-0679
8 |                                            malioto@tatp.com
9 |                                            laurenrussel@tatp.com

10

11 |                                           Sherman Kassof, Esq.(66383)
                                               LAW OFFICES OF SHERMAN
12 |                                           KASSOF
                                               954 Risa Road, Suite B
13 |                                           Lafayette, CA 94549
                                               Telephone: (510) 652-2554
14 |                                           Facsimile: (510) 652-9308

15

16 |                                           *Attorneys for Plaintiffs*

17

18 | DATED: January 22, 08         By:        /s/ Yang Chen
19 |                                           Yang Chen
                                               CONSTANTINE CANNON
20 |                                           450 Lexington Avenue
                                               New York, NY 10017
21 |                                           Telephone:  (212) 350-2700
                                               Facsimile:   (212) 350-2701
22
                                               *Attorneys for Defendant All Nippon
23 |                                           Airways Co., Ltd.*

24

25

26

27

28

777259.1                        2                         100139.1
**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**