Mario N. Alioto, Esq. (56433)
Lauren C. Russell, Esq. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 356-0679
malioto@tatp.com
laurenrussell@tatp.com

Sherman Kassof, Esq. (66383)
LAW OFFICES OF SHERMAN KASSOF
954 Risa Road, Suite B
Lafayette, CA 94549
Telephone: (510) 652-2554
Facsimile: (510) 652-9308

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN KAUFMAN, IREATHA DIANE MITCHELL, ROSEMARY SENGER, AND LEMUEL SCHENCK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS, UNITED AIR LINES,<br><br>Defendants. | Case No. 3:07-cv-06417 JL<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS**<br><br>The Honorable James Larson |

Pursuant to Local Rule 6-1(a), and in light of the related "Motion for Transfer and Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §

1  1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiffs
2  Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger, and Lemuel Schenck ("Plaintiffs")
3  and Defendant Japan Airlines International Co., Ltd. ("Defendant"), through counsel, hereby
4  stipulate and agree as follows:

5  　　　　IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer,
6  move or otherwise plead is enlarged until the later of: (1) the date when Defendant would
7  otherwise be required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2)
8  45 days after the JPML grants, denies, or otherwise disposes of the pending motion. If a
9  consolidated amended complaint is filed by Plaintiffs in a single transferee Court and served on
10 Defendant, Defendant's time to answer, move, or otherwise plead is enlarged until 45 days after
11 such service.

12 　　　　IT IS FURTHER STIPULATED AND AGREED that defense counsel shall
13 accept service on behalf of Defendant of the summons and complaints in the above-captioned
14 matter, including any amended or consolidated complaints, and further, that Defendant shall not
15 contest sufficiency of process or service of process. This Stipulation does not constitute a waiver
16 of any other defense including, but not limited to, the defenses of lack of personal or subject
17 matter jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to
18 answer, move, or otherwise respond to any complaint until the time provided in the preceding
19 paragraph. The above notwithstanding, should Defendant, except pursuant to court order,
20 respond to any complaint in a related matter filed in another United States District Court prior to
21 the date contemplated by this stipulation, then such Defendant shall make a simultaneous
22 response to the complaint in the above-captioned matter.
23 //
24 //
25 //
26

1  IT IS SO STIPULATED.

3  Respectfully Submitted,

4  Dated: January 29, 2008          STEPTOE & JOHNSON, LLP

By:   */s/ William Karas*
William Karas
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 429-3000 (telephone)
(202) 429-3902 (facsimile)

*Counsel for Japan Airlines International Co., Ltd.*

Dated: January 29, 2008          TRUMP ALIOTO TRUMP & PRESCOTT LLP

By:   */s/ Lauren C. Russell*
Lauren C. Russell
TRUMP ALIOTO TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Counsel for Plaintiffs*

-3-
JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING
TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS
Case No. 3:07-cv-06417 JL