1  Mario N. Alioto (Bar No. 56433)
   Lauren C. Russell (Bar No. 241151)
2  **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
   Email: malioto@tatp.com ; laurenrussell@tatp.com
5
   *Attorneys for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell,*
6  *Rosemary Schenk and Lemuel Schenk*

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA,**

10

**SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  MARTIN KAUFMAN, IREATHA DIANE MITCHELL, ROSEMARY SCHENK, and 13  LEMUEL SCHENK, individually and on behalf of all others similarly situated, 14                              Plaintiffs, 15                    vs. 16  AIR NEW ZEALAND, LTD.; ALL NIPPON 17  AIRWAYS CO. LTD.; CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, LTD; EVA 18  AIRWAYS CORP., JAPAN AIRLINES CORP., MALAYSIA AIRLINES, 19  NORTHWEST AIRLINES CORP., QANTAS AIRWAYS, LTD, SINGAPORE AIRLINES, 20  LTD; THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD., UNITED 21  AIRLINES, 22                             Defendants. | CASE NO. CV-07-6417 (JL)  **STIPULATION RE EXTENSION OF TIME FOR DEFENDANT EVA AIRWAYS CORP. TO RESPOND TO COMPLAINT**  THE HONORABLE JAMES LARSON |

23

24

25

26

27

28

**Case No. CV-07-6417 (JL), Stipulation Re Extension of Time For Defendant EVA Airways Corp. to Respond to Complaint**

1  WHEREAS the undersigned plaintiffs have filed the above-captioned case;

2  WHEREAS plaintiffs allege antitrust violations by defendant airlines in the sale of
3  passenger air transportation services containing transpacific flight segments;

4  WHEREAS multiple complaints have been filed to date in federal district courts
5  throughout the United States by plaintiffs purporting to bring class actions on behalf of purchasers of
6  passenger air transportation services containing transpacific flight segments (collectively "the
7  Transpacific Air Passenger cases");

8  WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation
9  to transfer the Transpacific Air Passenger cases to this jurisdiction for coordinated and consolidated
10  pretrial proceedings pursuant to 28 U.S.C. Section 1407;

11  WHEREAS plaintiffs anticipate the possibility of filing a Consolidated Amended
12  Complaint in the Transpacific Air Passenger cases;

13  WHEREAS plaintiffs and EVA Airways Corp. have agreed that an orderly schedule
14  for any response to the pleadings in the Transpacific Air Passenger cases would be more efficient for
15  the parties and for the Court;

16  PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFFS AND DEFENDANT EVA
17  AIRWAYS CORP., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD,
18  HEREBY STIPULATE AS FOLLOWS:

19  1.  The deadline for EVA Airways Corp. to answer, move, or otherwise respond
20  to plaintiffs' Complaint shall be extended until forty-five days after the filing of a Consolidated
21  Amended Complaint in the Transpacific Air Passenger cases, or such other times as the parties may
22  jointly agree to in writing.

23  2.  This Stipulation does not constitute a waiver by EVA Airways Corp. of any
24  defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter
25  jurisdiction, improper venue, sufficiency of process or service of process.

26  3.  This extension is available, without further stipulation with counsel for
27  plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this

28  **Case No. CV-07-6417 (JL), Stipulation Re Extension of Time For Defendant EVA Airways Corp. to Respond to Complaint**

Stipulation.

IT IS SO STIPULATED.

DATED: February 5, 2008           By
                                      /s/ Lauren C. Russell
                                      Mario N. Alioto
                                      Lauren C. Russell
                                      **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
                                      2280 Union Street
                                      San Francisco, CA 94123
                                      Telephone: (415) 563-7200
                                      Facsimile: (415) 346-0679

                                      *Attorneys for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Schenk, and Lemuel Schenk*

DATED: February 5, 2008                /s/Christopher T. Casamassima (by permission)
                                       Christopher T. Casamassima
                                       KIRKLAND & ELLIS LLP
                                       777 South Figueroa Street
                                       Los Angeles, California 90017-5800
                                       Telephone: (213) 680-8400
                                       Facsimile: (213) 680-8500
                                       Email: ccasamassima@kirkland.com

                                       *Attorney for Defendant EVA Airways Corp.*

**Case No. CV-07-6417 (JL), Stipulation Re Extension of Time For Defendant EVA Airways Corp. to Respond to Complaint**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th day of February 2008, the foregoing Stipulation Re: Extension of Time for Defendant EVA Airways Corp. to Respond to Complaint was electronically filed and served on all parties via ECF, and is available for viewing and downloading from the ECF system.

                                          /s/ Lauren C. Russell
                                              Lauren C. Russell

**Case No. CV-07-6417 (JL), Stipulation Re Extension of Time For Defendant EVA Airways Corp. to Respond to Complaint**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Case No. CV-07-6417 (JL), Stipulation Re Extension of Time For Defendant EVA Airways Corp. to Respond to Complaint**