Mario N. Alioto (56433)
Lauren C. Russell (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
Email: malioto@tatp.com; laurenrussell@tatp.com

Joseph M. Patane (72202)
**LAW OFFICE OF JOSEPH M. PATANE**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

*Attorneys for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Schenk and Lemuel Schenk*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARTIN KAUFMAN; IREATHA DIANE MITCHELL; ROSEMARY SENGER; AND, LEMUEL SCHENCK, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, LTD.; ALL NIPPON AIRWAYS CO., LTD.; CATHAY PACIFIC AIRWAYS; CHINA AIRLINES, LTD.; EVA AIRWAYS CORP.; JAPAN AIRLINES CORP.; MALAYSIA AIRLINES; NORTHWEST AIRLINES CORP.; QANTAS AIRWAYS, LTD.; SINGAPORE AIRLINES, LTD.; THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.; and UNITED AIRLINES,<br><br>　　　　Defendants. | Case No. 3:07-cv-6417 JL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES CORP. [F.R.C.P. 41(a)(1)]**<br><br>HONORABLE JAMES LARSON |

**Case No. 3:07-cv-6417 JL, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES [F.R.C.P. 41 (a)(1)]**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger and Lemuel Schenk hereby dismiss all claims made in Case No. 3:07-cv-6417-JL, without prejudice, against named defendant Northwest Airlines Corporation.

DATED: February 12, 2008        By
         /s/ Lauren C. Russell
         _____
         Mario N. Alioto (56433)
         Lauren C. Russell (241151)
         **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
         2280 Union Street
         San Francisco, CA 94123
         Telephone: (415) 563-7200
         Facsimile: (415) 346-0679

         Joseph M. Patane (72202)
         **LAW OFFICE OF JOSEPH M. PATANE**
         2280 Union Street
         San Francisco, CA 94123
         Telephone: (415) 563-7200
         Facsimile: (415) 346-0679

         Sherman Kassof (66383)
         **LAW OFFICES OF SHERMAN KASSOF**
         954 Risa Road, Suite B
         Lafayette, CA 94549
         Telephone: (510) 652 2554
         Facsimile: (510) 652 9308

         *Attorneys for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Schenk and Lemuel Schenk*

**Case No. 3:07-cv-6417 JL, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES [F.R.C.P. 41 (a)(1)]**

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of February 2008, the foregoing Notice of Voluntary Dismissal As To Defendant Northwest Airlines Corporation was electronically filed and served on all parties via ECF, and is available for viewing and downloading from the ECF system.

In addition, I served the foregoing document on the following interested parties by electronic mail:

| | |
|---|---|
| Yang Chen<br>CONSTANTINE CANNON LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone:    (212) 350-2700<br>Facsimile       (212) 350-2701<br>ychen@constantinecannon.com<br><br>*Attorneys for Defendant All Nippon Airways Co., Ltd.* | Graham M. Wilson<br>CONSTANTINE CANNON LLP<br>1627 I Street, N.W. -10th Floor<br>Washington, DC 20006<br>Telephone: (202) 204-3513<br>gwilson@constantinecannon.com<br><br>*Attorneys for Defendant All Nippon Airways Co., Ltd.* |
| Richard J. Favretto<br>John Roberti<br>MAYER BROWN LLP<br>1909 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>rfavretto@mayerbrown.com<br>jroberti@mayerbrown.com<br><br>*Attorneys for Defendant United Air Lines, Inc.* | Rowan D. Wilson<br>Katherine A. Levine<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>rwilson@cravath.com<br>klevine@cravath.com<br><br>*Attorneys for Defendant Thai Airways International Public Company Limited* |
| John F. Cove Jr.<br>BOIES, SCHILLER & FLEXNER<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1640<br>jcove@bsfllp.com<br><br>*Attorneys for Defendant Northwest Airlines Corp.* | Olga Vaytsman<br>STEPTOE JOHNSTON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036<br>Telephone: (202) 429-8149<br>Facsimile: (202) 429-3902<br>ovaytsman@steptoe.com<br><br>*Attorneys for Defendant Japan Airlines* |

**Case No. 3:07-cv-6417 JL, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES [F.R.C.P. 41 (a)(1)]**

| | |
|---|---|
| Danielle S. Fitzpatrick<br>DLA Piper US LLP<br>701 Fifth Avenue, Suite 7000<br>Seattle, WA 98104-7044<br>Telephone: (206) 839-4876<br>Facsimile: (206) 494-1798<br>danielle.fitzpatrick@dlapiper.com<br><br>*Attorneys for Defendant Cathay Pacific Airways Ltd.* | Christopher T. Casamassima<br>KIRKLAND & ELLIS, LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5800<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br>ccasamassima@kirkland.com<br><br>*Attorneys for Defendant Eva Airways Corp.* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                              /s/ Lauren C. Russell
                                                     Lauren C. Russell

**Case No. 3:07-cv-6417 JL, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES [F.R.C.P. 41 (a)(1)]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28