MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

JOSEPH M. PATANE, ESQ. (72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Attorneys for Plaintiffs Kaufman et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGARET GARCIA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AIR NEW ZEALAND, LTD., *ET AL.* <br><br> Defendants. <br><br>**This document relates to:** <br><br> *Kaufman, et al. v. Air New Zealand, Ltd., et al.,* Case No. C-07-6417 JL | Case No. CV-07-5634 CRB <br><br> [PROPOSED] **ORDER RELATING CASES (Civil Local Rules 3-12 & 7-11)** <br><br><br><br><br><br><br><br><br><br><br><br> The Honorable Charles R. Breyer |

On January 29, 2008, Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Schenk and Lemuel Schenk ("Plaintiffs") filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related.

IT IS ORDERED that the following cases are related:

| | |
|---|---|
| *Wortman, et al. v. Air New Zealand, Ltd., et al.* | Case No. CV-07-5634 CRB |
| *Kaufman et al. v. Air New Zealand, Ltd., et al.,* | Case No. CV-07-6471 JL |

**IT IS SO ORDERED.**

Dated: __February 11, 2008____

The Honorable Charles R. Breyer



**2**
**[PROPOSED] ORDER RELATING CASES**